UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELVIN LAX,<br><br>Plaintiff,<br><br>v.<br><br>PALOMAR MEDICAL TECHNOLOGIES, INC., JOSEPH CARUSO, LOUIS P. VALENTE, JEANNE COHANE, DAMIAN N. DELL'ANNO, NICHOLAS P. ECONOMOU PH.D., JAMES G. MARTIN, A. NEIL PAPPALARDO, CYNOSURE, INC. and COMMANDER ACQUISITION CORP.,<br><br>Defendants. | Civil Action No. 13-11276 |

## JOINT STATUS REPORT

Pursuant to this Court's December 26, 2013 Order, Plaintiff Melvin Lax (the "Plaintiff") and Defendants Palomar Medical Technologies, Inc., Joseph Caruso, Louis P. Valente, Jeanne Cohane, Damian N. Dell'Anno, Nicholas P. Economou, James G. Martin, A. Neil Pappalardo, Cynosure, Inc., and Commander Acquisition Corp.[1] (collectively, the "Defendants," and, together with Plaintiff, the "Parties") state as follows:

Since filing the Stipulation and Joint Motion to Stay Proceedings in this action, counsel have been engaged in finalizing the terms and conditions of the Stipulation of Settlement. The only remaining issue is for the Parties to negotiate Plaintiffs' attorneys' fees or to litigate that amount, if they cannot reach agreement on the amount. The Parties respectfully request that the Court continue the stay through July 30, 2014, and the Parties will report back to the Court as to the status of the settlement on or before July 16, 2014.

---

[1] Commander Acquisition Corp. is now known as Commander Acquisition, LLC.

*[handwritten: Allowed / Wolf, D.J. / March 11, 2014]*