UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELVIN LAX,<br><br>      Plaintiff,<br><br>v.<br><br>PALOMAR MEDICAL TECHNOLOGIES, INC., JOSEPH CARUSO, LOUIS P. VALENTE, JEANNE COHANE, DAMIAN N. DELL'ANNO, NICHOLAS P. ECONOMOU PH.D., JAMES G. MARTIN, A. NEIL PAPPALARDO, CYNOSURE, INC. and COMMANDER ACQUISITION CORP.,<br><br>      Defendants. | Civil Action No. 13-11276 |

## JOINT STATUS REPORT

Pursuant to this Court's April 16, 2014 Order, Plaintiff Melvin Lax (the "Plaintiff") and Defendants Palomar Medical Technologies, Inc., Joseph Caruso, Louis P. Valente, Jeanne Cohane, Damian N. Dell'Anno, Nicholas P. Economou, James G. Martin, A. Neil Pappalardo, Cynosure, Inc., and Commander Acquisition Corp.[1] (collectively, the "Defendants," and, together with Plaintiff, the "Parties") state as follows:

Since filing the Stipulation and Joint Motion to Stay Proceedings in this action, counsel have finalized the terms and conditions of a Stipulation of Settlement in the parallel Delaware action that, if approved, will resolve not only the claims in that action, but those asserted here as well. On July 21, 2014, the Court of Chancery of the State of Delaware is holding a hearing to determine whether to approve the proposed settlement in *In Re Palomar Med. Tech. S'holder Litig.*, C.A. No. 8491-VCP. If the settlement is approved, the Plaintiff will dismiss this action

---

[1] Commander Acquisition Corp. is now known as Commander Acquisition, LLC.

with prejudice and the Defendants will make a payment of attorneys' fees to Plaintiff's counsel. The Parties respectfully request that the Court continue the current stay through August 16, 2014, and the Parties will report back to the Court as to the status of the settlement on or before August 15, 2014.

Dated: July 16, 2014

FOR PLAINTIFF MELVIN LAX

/s/ Thomas G. Shapiro
Thomas G. Shapiro
tshapiro@shulaw.com
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02108
617-439-3939

/s/ Gregory M. Nespole
Gregory Mark Nespole
nespole@whafh.com
Benjamin Y. Kaufman
kaufman@whafh.com
Martin E. Restituyo
restituyo@whafh.com
Wolf Haldenstein Adlaer Freeman
& Herz LLP
270 Madison Avenue
New York, NY 10016
(212) 545-4600

FOR DEFENDANTS PALOMAR
MEDICAL TECHNOLOGIES, INC.,
JOSEPH CARUSO, LOUIS P. VALENTE,
JEANNE COHANE, DAMIAN N.
DELL'ANNO, NICHOLAS P.
ECONOMOU, JAMES G. MARTIN, AND
A. NEIL PAPPALARDO

/s/ Daniel W. Halston
Daniel W. Halston (BBO# 548692)
Daniel.Halston@wilmerhale.com
Nolan J. Mitchell (BBO# 668145)
Nolan.Mitchell@wilmerhale.com
Andrew S. Dulberg (BBO# 675405)
Andrew.Dulberg@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr
   LLP
60 State Street
Boston, MA 02109
(617) 526-6000

FOR DEFENDANTS CYNOSURE, INC. AND
COMMANDER ACQUISITION LLC F/K/A
COMMANDER ACQUISITION CORP.

/s/ Richard J. Rosensweig
Richard J. Rosensweig (BBO# 639547)
rrosensweig@goulstonstorrs.com
David M. Zucker (BBO# 684800)
dzucker@goulstonstorrs.com
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

## CERTIFICATE OF SERVICE

I, Daniel W. Halston, certify that on July 16, 2014, I caused a copy of this Joint Status Report to be served on all counsel electronically via the Court's ECF system.

<u>/s/ Daniel W. Halston</u>
Daniel W. Halston