**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MELVIN LAX, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PALOMAR MEDICAL TECHNOLOGIES, INC., JOSEPH P. CARUSO, JEANNE COHANE, DAMIAN N. DELL'ANNO, NICHOLAS P. ECONOMOU, JAMES G. MARTIN, A. NEIL PAPPALARDO, LOUIS P. VALENTE, CYNOSURE, INC., and COMMANDER ACQUISITION CORP.,<br><br>Defendants. | Civil Action No. 1:13-cv-11276-MLW |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with no answer or motion for summary judgment having been filed, Plaintiff Melvin Lax hereby voluntarily dismisses with prejudice the above-captioned action as to Plaintiff only.

DATED: August 22, 2014

Respectfully submitted,

**/s/ Thomas G. Shapiro**
Thomas G. Shapiro (BBO# 454680)
Shapiro Haber & Urmy LLP
Seaport East
Two Seaport Lane
Boston, MA 02210
617-439-3939
617-439-0134 (fax)
tshapiro@shulaw.com

**CERTIFICATE OF SERVICE**

I, Thomas G. Shapiro, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 22, 2014.

**/s/ Thomas G. Shapiro**
Thomas G. Shapiro